IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MR. C. B. HICKMAN, SR.,

    Petitioner,                    No. 2:13-cv-0300 JFM P

    vs.

STATE OF CALIFORNIA, et al.,

    Respondents.              ORDER

_____/

        Petitioner, a state prisoner proceeding without counsel or "pro se," has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is granted. 28 U.S.C. § 1915(a).

        Petitioner has failed to specify cognizable grounds for relief in his petition. See Rule 2(c), Rules Governing § 2254 Cases. For that reason, the petition will be dismissed with leave to amend.

        On May 17, 2013, petitioner filed a motion for appointment of counsel (ECF No. 5). There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A

authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time. Accordingly, petitioner's motion for appointment of counsel will be denied without prejudice.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's May 17, 2013 motion for leave to proceed in forma pauperis (ECF No. 6) is granted;

2. Petitioner's May 17, 2013 motion for appointment of counsel (ECF No. 5) is denied without prejudice;

3. Petitioner's petition for writ of habeas corpus is dismissed with leave to file an amended petition within thirty days from the date of this order;

4. Any amended petition must be filed on the form provided with this order, must name the proper respondent, and must state all claims and prayers for relief on the form; it must bear the case number assigned to this action and the title "Amended Petition"; failure to file an amended petition will result in the dismissal of this action; and

5. The Clerk of the Court is directed to send petitioner the court's form petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

DATED: June 10, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hick0300.114

2