1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MR. C. B. HICKMAN, SR.,

11            Petitioner,                    No. 2:13-cv-0300 JFM P

12        vs.

13   STATE OF CALIFORNIA, et al.,            ORDER AND

14            Respondents.                   FINDINGS & RECOMMENDATIONS

15   _____/

16            By order filed July 11, 2013, petitioner's application was dismissed and thirty

17   days leave to file an amended application was granted.  The thirty day period has now expired,

18   and petitioner has not filed an amended application or otherwise responded to the court's order.

19            Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

20   assign this action to a United States District Judge; and

21            IT IIS HEREBY RECOMMENDED that this action be dismissed without

22   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

23            These findings and recommendations are submitted to the United States District

24   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

25   days after being served with these findings and recommendations, petitioner may file written

26   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

1

1   Findings and Recommendations." Any response to the objections shall be filed and served

2   within fourteen days after service of the objections. Petitioner is advised that failure to file

3   objections within the specified time may waive the right to appeal the District Court's order.

4   <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

5   DATED: July 23, 2013

6

7   _____

8   KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

9   12
    hick0300.ftahab

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26